UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ROHRER, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHENOS COLLECTIVE, INC., doing business as PHENOS CANNABIS DISPENSARY,<br><br>Defendant. | No. 1:20-cv-00757-NONE-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

On July 27, 2020, Plaintiff filed a Notice of Voluntary Dismissal, notifying the Court of the dismissal of her individual claims with prejudice and dismissal of the putative class claims without prejudice.  (Doc. 7.)  Plaintiff filed this notice before the opposing party served either filed an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed her individual claims with prejudice and has voluntarily dismissed the putative class claims without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL assign a district judge to this matter and thereafter CLOSE the case.

IT IS SO ORDERED.

Dated:  **July 28, 2020**                                        /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE